Same case below, 415 Fed. Appx. 358.

**No. 11A363. Paul A. Gargano, Applicant v. Supreme Judicial Court of Massachusetts.**

565 U.S. 1052, 132 S. Ct. 794, 181 L. Ed. 2d 477, 2011 U.S. LEXIS 8545.

November 28, 2011. Application for stay, addressed to Justice Scalia and referred to the Court, denied.